**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AVAYA INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 04-1824T |
| UNITED STATES OF AMERICA, | ) | Judge Charles F. Lettow |
| Defendant. | ) | |

**JOINT MOTION FOR SUSPENSION**

Plaintiff Avaya Inc. ("Plaintiff"), by and through undersigned counsel, and Defendant, United States of America ("Defendant"), jointly request that this Court suspend proceedings in the above-captioned case until there is a final decision in the case of *CSX Corporation v. United States*, Fed.Cl. No. 95-858 T.

The parties have completed discovery and have entered into a stipulation of facts regarding the background facts involved in this case. The parties have determined that the facts of this case fall within the scope of the Court's decision in *CSX*. Defendant's counsel in this case is also defendant's counsel in *CSX*. Final Judgment was entered in *CSX* on August 14, 2006, and an Amended Judgment was entered on August 23, 2006. It is likely that the parties to *CSX* will appeal this decision to the Court of Appeals for the Federal Circuit. The parties to the present case agree that the Federal Circuit's decision in *CSX* will control the resolution of this case. Therefore, the parties request that the Court suspend the proceedings in this case pending a final decision in *CSX*. The parties propose to submit a joint status report every 90 days to keep the Court advised of the progress in the *CSX* case.

DATE: 09/18/06

Respectfully submitted,

/s/

OF COUNSEL:
Timothy J. Jessell, Esq.
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22102
Phone (703) 749-1309
Facsimile (703) 714-8309

Craig A. Etter, Esq.
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22102
Phone (703) 749-1315
Facsimile (703) 714-8315

Attorney of Record for Plaintiff

DATE: 09/18/06

/s/

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044
Phone (202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief,
Court of Federal Claims Section

DATE: 09/18/06

/s/

Of Counsel

Dated: September 18, 2006