IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1824T

(Filed: December 6, 2006)

AVAYA, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion to Stay Proceedings, filed on September 18, 2006. The parties request that proceedings in this case be stayed until there is a final decision in *CSX Corp. v. United States*, No. 95-858T. Discovery has been completed in this case, and the parties have entered into a stipulation of facts. The parties represent that the discovery and the stipulation of facts indicate that the issues in the instant case fall within the scope of the questions presented in *CSX*.

For good cause shown, the parties' motion is **GRANTED**. Proceedings in this case are stayed pending a final decision in *CSX Corp. v. United States*, No. 95-858T. During the pendency of the stay, joint status reports shall be filed every 90 days, commencing with a report to be submitted on or before March 6, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge