**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AVAYA INC., Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | Case No. 04-1824T<br>Judge Charles F. Lettow |

**JOINT STATUS REPORT**

Pursuant to this Court's December 6, 2006 Order granting the parties' joint motion for suspension, Plaintiff Avaya Inc. ("Plaintiff"), by and through undersigned counsel, and Defendant, United States of America ("Defendant"), file this Joint Status Report to advise the Court of the current status of the above captioned case as well as *CSX Corporation, Inc. et al. v. U.S.*, Civ. No. 95-cv-00858:

1. Plaintiff and Defendant (the "Parties") completed discovery in the above-captioned case in May, 2006.

2. The Parties filed their Joint Stipulations of Fact on August 17, 2006.

3. On September 18, 2006, the Parties jointly moved to stay proceedings in this case pending the resolution of the proceedings in *CSX Corporation, Inc. et al. v. U.S.*, Civ. No. 95-cv-00858.

4. This Court granted the Parties' joint motion to stay the proceedings in this case on December 6, 2006.

5. Final Judgment was entered in *CSX* on August 14, 2006, and an Amended Judgment was entered on August 23, 2006.

6. On October 2, 2006, CSX Corporation, Inc. appealed the decision in *CSX*, Civ. No. 95-cv-00858 to the Court of Appeals for the Federal Circuit. On October 12, 2006, the United States filed a cross appeal.

7. On December 28, 2006 Plaintiff-Appellant CSX Corporation, Inc. filed its opening brief in the cross appeal. On January 30, 2007, Defendant-Appellee the United States filed a motion to extend the deadline for its brief until March 12, 2007. This motion was granted by the Federal Circuit on February 1, 2007.

8. The Parties to the present case agree that the Federal Circuit's decision in the *CSX* case will control the resolution of this case. Therefore, the Parties requested that the proceedings in this case be suspended until a final decision is entered in the *CSX* case.

9. The Parties will file an additional Joint Status Report regarding the progress of the *CSX* case within 90 days of the present report, as indicated in their September 18, 2006 motion.

DATE: 03/12/07

Respectfully submitted,

/s/

OF COUNSEL:
Timothy J. Jessell, Esq.
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22102
Phone (703) 749-1309
Facsimile (703) 714-8309

Craig A. Etter, Esq.
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22102
Phone (703) 749-1315
Facsimile (703) 714-8315

Attorney of Record for Plaintiff

DATE: 03/12/07

/s/

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044
Phone (202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief,
Court of Federal Claims Section

DATE: 03/12/07

/s/

Of Counsel

Dated: March 12, 2007