**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AVAYA INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 04-1824T |
| UNITED STATES OF AMERICA, | ) | Judge Charles F. Lettow |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's December 6, 2006 Order granting the parties' joint motion for suspension, Plaintiff Avaya Inc. ("Plaintiff"), by and through the undersigned counsel, and Defendant, United States of America ("Defendant"), file this Joint Status Report to advise the Court of the current status of the above captioned case as well as the status of the appeal of *CSX Corporation, Inc. et al. v. U.S.*, Docket No. 2007-5003:

1. Plaintiff and Defendant (the "Parties") completed discovery in the above-captioned case in May, 2006.

2. The Parties filed their Joint Stipulations of Fact on August 17, 2006.

3. On September 18, 2006, the Parties jointly moved to stay proceedings in this case pending the resolution of the proceedings in *CSX Corporation, Inc. et al. v. U.S.*, Docket No. 2007-5003.

4. This Court granted the Parties' joint motion to stay the proceedings in this case on December 6, 2006.

5. Final Judgment was entered by this Court in the *CSX* case, Civ. No. 95-cv-00858, on August 14, 2006, and an Amended Judgment was entered on August 23, 2006.

6. On October 2, 2006, CSX Corporation, Inc. appealed this Court's decision in the *CSX* case, to the Court of Appeals for the Federal Circuit (Docket No. 2007-5003). On October 12, 2006, the United States filed a cross appeal.

7. On December 28, 2006, Appellant/Cross-Appellee CSX Corporation, Inc. filed its Principal Brief in the cross appeal. On March 12, 2007, Appellee/Cross-Appellant the United States filed its Principal Brief in the cross appeal. Appellant/Cross-Appellee filed its Response and Reply Brief on May 22, 2007. Appellee/Cross-Appellant filed its Reply Brief on July 5, 2007. The Joint Appendix was served by Appellant/Cross-Appellee CSX Corporation, Inc. on July 11, 2007.

8. Oral argument on the *CSX* case was held before the Federal Circuit Court of Appeals on October 2, 2007.

9. The Parties to the present case agree that the Federal Circuit's decision in the *CSX* case will control the resolution of this case. Therefore, the Parties request that the suspension of the proceedings in this case not be lifted until a final decision is entered in the *CSX* case.

10. The Parties will file an additional Joint Status Report regarding the progress of the *CSX* case within 90 days of the present report, as required by this Court's December 6, 2006 Order.

DATE: February 7, 2008

Respectfully submitted,

/s/

Craig A. Etter, Esq.
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22102
Phone (703) 749-1315
Facsimile (703) 714-8315

Attorney of Record for Plaintiff

OF COUNSEL:
Timothy J. Jessell, Esq.
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22102
Phone (703) 749-1309
Facsimile (703) 714-8309

DATE: 02/7/08

/s/

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044
Phone (202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief,
Court of Federal Claims Section

DATE: 02/7/08

/s/

Of Counsel

Dated: February 7, 2008